**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED: April 13, 2022**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

MOUSTAFA MOUSTAFA,

Defendant.

No. 17-CR-679

ORDER

RONNIE ABRAMS, United States District Judge:

  Mr. Moustafa shall file a response to the Government's Motion for Bond Deposit to be applied to Restitution (Doc#32) by April 29, 2022.

SO ORDERED.

Dated: April 13, 2022
    New York, New York

                   Ronnie Abrams
                   United States District Judge