UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                Judgment Creditor,

    v.                                                17 CR 0679 (RA)

MOUSTAFA MOUSTAFA,                      **ORDER**

                Judgment Debtor.

RONNIE ABRAMS, District Judge:

Upon the Government's motion, pursuant to 18 U.S.C. § 3613 and 28 U.S.C. § 2044, for an order to apply the $25,000.00 bond deposit held by the Clerk of Court toward the defendant's outstanding restitution balance, to which no opposition has been filed;

IT IS HEREBY ORDERED that the Clerk of Court shall transfer or otherwise apply the $25,000.00 in funds held in the Court's registry on behalf Moustafa Moustafa to partially satisfy his outstanding restitution obligation.

Dated:  May 24, 2022
         New York, New York

                                                      HON. RONNIE ABRAMS
                                                      UNITED STATES DISTRICT JUDGE