# ALBERT Y. DAYAN
*Attorney at Law*

80-02 Kew Gardens Rd., # 902, Kew Gardens, N.Y. 11415

Tel: (718) 268-9400:    Fax: (718) 268-9404

By ECF:

May 24, 2022

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York. New York 10007

    Re:    United States v. Moustafa Moustafa
               17-Cr-679(RA)

Dear Judge Abrams:

    With reference to the subject, this letter is submitted in response to Your Honor's Order of May 24, 2022.

    Defense Counsel is respectfully asking Your Honor to stay this Order for the defendant to respond to the Government's Motion based on a change of circumstances. If Your Honor is inclined to stay this Order, we are respectfully asking for a briefing schedule.

    Thank you Your Honor.

Respectfully submitted,

_____/s/_____
Albert Y. Dayan, Esq.
Attorney for the Defendant
80-02 Kew Gardens Road, Suite 902
Kew Gardens, New York 11415
(718) 268-9400 (voice)
dayanlaw@aol.com

---

The May 24, 2022 order applying the $25,000.00 bond deposit held by the Clerk of Court toward the defendant's outstanding restitution balance is hereby stayed. Mr. Moustafa shall have until June 1, 2022 to seek to vacate the order and the Government shall have until June 8, 2022 to respond.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
May 25, 2022